FALLS MILLS ASSOCIATES, LTD. *v.*
LEWIS C. MARUZO ET AL.
(7209)

SPALLONE, O'CONNELL and FOTI, Js.

Argued March 17—decision released March 23, 1989

*John C. Driscoll,* with whom, on the brief, was *William N. Sebastian,* for the appellants (defendants).

*F. Herbert Gruendel,* with whom, on the brief, was *Maureen Duggan Regula,* for the appellee (plaintiff).

PER CURIAM. At oral argument, the parties stipulated, and we agree, that this appeal should be dismissed as moot.

The appeal is dismissed.